*Maurice E. Harrison* for petitioners in No. 668. *Messrs. Guy C. Calden* and *Clarence E. Todd* for petitioner in No. 674. *Mr. Morgan J. Doyle* for petitioners in No. 675. *Solicitor General Fahy* for the United States. ▆▆▆▆

No. 702. ALLEN BRADLEY CO. ET AL. *v.* LOCAL UNION No. 3, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, ET AL. January 2, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Walter Gordon Merritt* for petitioners. *Mr. Harold Stern* for respondents. ▆▆▆▆

No. 721. JEWELL RIDGE COAL CORP. *v.* LOCAL No. 6167, UNITED MINE WORKERS OF AMERICA, ET AL. January 2, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Messrs. William A. Stuart* and *George Richardson, Jr.* for petitioner. *Messrs. Crampton Harris, Welly K. Hopkins, Frank W. Rogers,* and *Leonard Muse* for respondents. ▆▆▆▆

No. 379. COLORADO INTERSTATE GAS CO. *v.* FEDERAL POWER COMMISSION ET AL.; and

No. 380. CANADIAN RIVER GAS CO. *v.* FEDERAL POWER COMMISSION ET AL. See *post,* p. 807.

No. 296. PANHANDLE EASTERN PIPE LINE CO. ET AL. *v.* FEDERAL POWER COMMISSION ET AL. See *post,* p. 808.

No. 710. COMMISSIONER OF INTERNAL REVENUE *v.* ESTATE OF BEDFORD ET AL. January 8, 1945. Petition for